# Exhibit A

21-F-0137
10/31/2020

## Submit New Request

### Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**James Shiffer**
Star Tribune
650 3rd Avenue South
Suite 1300
Minneapolis, MN  55488
Phone 612-673-4116
james.shiffer@startribune.com

Requester Default Category: News Media

**Custom Fields**

Requester Control # :
Previous Address 2 :

### General Information
| | |
|---|---|
| Request Type | FOIA |
| Requester Category | News Media |

### Shipping Address
| | |
|---|---|
| Street1 | 650 3rd Avenue South |
| Street2 | Suite 1300 |
| City | Minneapolis |
| State | Minnesota |
| State (Other) | |
| Country | United States |
| Zip Code | 55488 |

### Request Information
| | |
|---|---|
| Description Document | |
| Description | All records and communications, including but not limited to emails and call logs, between the office of Minnesota Gov. Tim Walz and the Minnesota National Guard with the offices of the Secretary of Defense and the Chairman of the Joint Chiefs of Staff. |
| Date Range for Record Search:From | 05/25/2020 |
| Date Range for Record Search:To | 06/01/2020 |
| Consent | |
| Proof of Identity | |

### Fee Information
| | |
|---|---|
| Willing Amount | $25 |

### Billing Address
State (Other)

### Other Information
State (Other)

### Custom Fields
Requester #