UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

**Star Tribune Media Company LLC**

**Plaintiff**

**Case No.: 0:22-cv-02163-WMW-TNL**

*vs.*

**U.S. Department of Defense**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Dominic Playle, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/08/2022 at 8:43 AM, I served United States Attorney's Office for the District of Minnesota at U.S. Courthouse, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 with the Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, and Civil Cover Sheet by serving Katie May, Legal Assistant, authorized to accept service.

Katie May is described herein as:

Gender: Female Race/Skin: White Age: 60-70 Weight: 140 Height: 5'5" Hair: Gray Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

9/8/2022
Executed On

Dominic Playle

Client Ref Number:N/A
Job #: 1607752

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Star Tribune Media Company LLC,

*Plaintiff,*

v. Case No. 0:22–cv–02163–WMW–TNL

U.S. Department of Defense,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: U.S. Department of Defense

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Andreleita Walker
80 S. 8th St.
Ste 2000
Minneapolis, MN
55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 2, 2022