**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**Star Tribune Media Company LLC**

**Plaintiff**

**Case No.: 0:22-cv-02163-WMW-TNL**

***vs.***

**U.S. Department of Defense**

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, and Civil Cover Sheet

SERVE TO: William P. Barr, Attorney General of the United States c/o U.S. Department of Justice

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to William P. Barr, Attorney General of the United States c/o U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 09/07/2022 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 0410 0002 4234 8520.

I declare under penalty of perjury that this information is true.

09/07/22
Executed On

Stephanie Maddox

Client Ref Number:N/A
Job #: 1607751